# COMPLAINT
### (for filers who are prisoners without lawyers)



U.S. District Court
Wisconsin Eastern

MAR 3 0 2026

FILED
Clerk of Court

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

(Full name of plaintiff(s))

Cory Steven Fluhr

v.

(Full name of defendant(s))

Dodge Correctional
Instatution,
Intern Emma Fritsch

Case Number:

_____

(to be supplied by Clerk of Court)

---

### A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __Wisconsin Recource Center__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Dodge Correctional Instatution__
                                                    (Name)
   is (if a person or private corporation) a citizen of __Wisconsin__

Complaint – 1

and (if a person) resides at _____Wisconsin_____ (State, if known)

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Intern Emma Fritsch

I am filing a lawsuit against DCI for violating my 8th ammendment rights ware deliberate indiference occored. From the moment I arrived at DCI intake I let them know that just months earlier I was in the ICU for a suicide attempt an needed to see PSU. Shortly after I started to see an intern in the psych unit. For 2 months I met with her telling her I needed my meds, More importantly I told her I was suicidal and would act on it when I hit my breaking point and flat out said I would kill myself and did not care if I lived. She would ask when I was going

Complaint – 2

to do it, how, and if I would let the guards know if I was going to. I told her over and over that I would not tell anyone, there were plenty of ways to do it and would just act on it if I didn't get some help. It was the same conversation evry meeting and always ended with her telling me to stay safe.

On 8/17/25 I couldn't take it anymore, I left my cell at medication pass an entered a janitors closet the guards left open and slit my throat tring to end my life. I missed my main vein and was hospitilized receving 15 stitches at the ER in Waupun. I would also like to say that DCI left out allot of information in there PSU Reckords that made them look bad not including evrithing that was talked about in those meetings.

Thank You

## C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am requesting financial relief and want there to be somthing done about how thease situations are handlled in the future. I can't put into words how helpless I felt when I was expressing to them what was going on. I don't think they belived what I was telling them (her).
Civil Suit - 250,000

E.  JURY DEMAND

I want a jury to hear my case.

☐ – YES          ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___16th___ day of ___March___ 20_26_.

Respectfully Submitted,

_____
Signature of Plaintiff

___410414___
Plaintiff's Prisoner ID Number

Wisconsin Recource Center
P.O. Box 220 Winnebago, WI 54985
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5